*wrnts returned
"." ✓

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **ORDER DISMISSING CITATIONS AND QUASHING WARRANTS** |
| **Plaintiff,** | |
| **vs.** | **VIOLATION NOS. AND LOCATION CODES:** |
| **JOHN ADAMS,** | F4300382 |
| **DANIEL DEVINE,** | F4300185 |
| **AARON HINKEY,** | F4483204 |
| **TED HURLEY,** | F3720672 |
| **EUGENE MITCHELL,** | F4036968 |
| ✓**TROY PARKER, JR.,** | F4299833, F4299834, F4299835, F4299836 |
| ✓**CHRISTOPHER RICHARDS,** | L0171313 |
| **JAMISON RICHMOND,** | F3742894 |
| **ERIC RICHTER,** | F2685396, F3685397 |
| **GABE RINEHART,** | FBDW006R |
| **ODEL ROBERTS,** | F3640513 |
| **HARLEY ROBINSON,** | FBDW005L |
| **TOMY WEIMER,** | F4302340 |
| **Defendants.** | |

Upon motion of the United States and for good cause shown, **IT IS**

**ORDERED** that the above violations are **DISMISSED** pursuant to Fed. R. Crim.

P. 48(a), and the warrants are **QUASHED**.

DATED this 28th day of March, 2023.

Kathleen L. DeSoto
United States Magistrate Judge

**JENNIFER S. CLARK**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**Phone: (406) 542-8851**
**FAX: (406) 542-1476**
**E-Mail: Jennifer.Clark2@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **GLOBAL MOTION TO DISMISS CITATIONS AND QUASH WARRANTS** |
| **Plaintiff,** | |
| **vs.** | **VIOLATION NOS.** |
| **JOHN ADAMS,** | **F4300382** |
| **DANIEL DEVINE,** | **F4300185** |
| **AARON HINKEY,** | **F4483204** |
| **TED HURLEY,** | **F3720672** |
| **EUGENE MITCHELL,** | **F4036968** |
| **TROY PARKER, JR.,** | **F4299833, F4299834, F4299835, F4299836** |
| **CHRISTOPHER RICHARDS,** | **L0171313** |
| **JAMISON RICHMOND,** | **F3742894** |
| **ERIC RICHTER,** | **F2685396, F3685397** |
| **GABE RINEHART,** | **FBDW006R** |
| **ODEL ROBERTS,** | **F3640513** |
| **HARLEY ROBINSON,** | **FBDW005L** |
| **TOMY WEIMER,** | **F4302340** |
| **Defendants.** | |

The United States, by and through Jennifer S. Clark, Assistant United States Attorney for the District of Montana, hereby moves the court to dismiss the above violation citations pursuant to Fed. R. Crim. P. 48(a), and quash the warrants for arrest.

DATED this 1ST day of March, 2023.

JESSE A. LASLOVICH
United States Attorney


_/s/ Jennifer S. Clark_
JENNIFER S. CLARK
Assistant U.S. Attorney

2